**MEMO ENDORSED**

FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

May 11, 2021

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re*:* Contreras v. Karizma Lounge Corp. et al.
SDNY Doc. No. 20cv05167 (ER)

Dear Judge Ramos:

We represent Plaintiff in this matter. We write to respectfully request the Court adjourn the May 18, 2021 conference to either May 25, 2021 from 2:00 p.m. or later or May 27, 2021 at any time. Defendants consent to this request. The reason for the request is that I will be observing the Jewish holiday of Shavuot that takes place on May 17, 2021 and May 18, 2021. Accordingly, we respectfully request that the Court adjourn the conference.

Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/-------------------
Michael Taubenfeld

---

The May 18, 2021 conference is adjourned to May 25, 2021 at 3:00 p.m. The conference will occur remotely and by telephone. The parties are directed to call (877) 411-9748 and enter access code 3029857# when prompted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __5/12/2021_____
New York, New York