# MEMO ENDORSED

All deadlines and conferences are hereby adjourned. The parties are directed to submit their settlement to the Court by March 30, 2022 for review in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015).  SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: March 16, 2022
New York, New York

**FISHER | TAUBENFELD LLP**

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

March 15, 2022

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re*:* Contreras v. Karizma Lounge Corp. et al.
    SDNY Doc. No. 20cv05167 (ER)

Dear Judge Ramos:

  We represent Plaintiff in this matter.  The parties are pleased to alert the Court that they have reached a settlement in principle.  They therefore ask that all deadlines be adjourned sine die and that the conference tomorrow be adjourned.

  Thank you for your attention to the above.

          Respectfully Submitted,
         --------------------/s/------------------
         Michael Taubenfeld