# MEMO ENDORSED

FISHER | TAUBENFELD LLP

|  |  |
|---|---|
| The application is  X  granted<br>___ denied<br>*[signature]*<br>**Edgardo Ramos, U.S.D.J.**<br>Dated: March 30, 2022<br>New York, New York 10007 | 225 Broadway, Suite 1700<br>New York, New York 10007<br>**Main** 212.571.0700<br>**Fax** 212.505.2001<br>www.fishertaubenfeld.com |

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

March 30, 2022

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: Contreras v. Karizma Lounge Corp. et al.
         SDNY Doc. No. 20cv05167 (ER)

Dear Judge Ramos:

      We represent Plaintiff in this matter. The parties jointly respectfully request that the Court extend their deadline to submit the settlement agreement under Cheeks for two weeks until April 13, 2022. The parties have circulated an executable copy of the agreement but need additional time for execution in particular because Defendants' counsel is currently out of the country on vacation. We therefore request an extension until April 13, 2022.

      Thank you for your attention to the above.

                                   Respectfully Submitted,
                                   --------------------/s/-------------------
                                   Michael Taubenfeld