UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHALIE JOHANA CONTERAS,
individually and on behalf of others similarly
situated,

                Plaintiff,

         -against-

KARIZMA LOUNGE CORP., and
MOHAMMED BASHIR,

              Defendants.

Case No.: 20-CV-5167 (ER)

**STIPULATION AND ORDER OF DISMISSAL**

      **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, that the above-caption action is hereby dismissed with prejudice pursuant to a settlement agreement.

      **IT IS FURTHER STIPULATED AND AGREED** that the United State District Court for the Southern District of New York, shall retain jurisdiction for purposes of enforcing the parties' settlement agreement attached to the parties' settlement agreement dated March _25_, 2022.

      **IT IS FURTHER STIPULATED AND AGREED** that the Settlement Agreement submitted to the Court on March _25_, 2022 is fair and reasonable.

**FISHER TAUBENFELD LLP**

By: *Michael Taubenfeld*
    Michael Taubenfeld, Esq.
    225 Broadway, Suite 1700
    New York, New York 10007
    *Attorneys for Plaintiff*

**McLAUGHLIN & STERN, LLP**

By:
    Brett Gallaway, Esq.
    260 Madison Avenue
    New York, New York 10016
    *Attorneys for Defendants*

SO ORDERED:

Edgardo Ramos, U.S.D.J.
May 8, 2023

7